NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALBANY MOLECULAR RESEARCH, INC.,**
*Plaintiff-Appellant,*

AND

**SANOFI-AVENTIS U.S. LLC,**
*Plaintiff-Appellant,*

v.

**DR. REDDY'S LABORATORIES, LTD. AND DR. REDDY'S LABORATORIES, INC.,**
*Defendants-Appellees.*

---

2011-1232

---

Appeal from the United States District Court for the District of New Jersey in case no. 09-CV-4638, Chief Judge Garrett E. Brown, Jr.

---

## ON MOTION

---

## ORDER

The appellees move with consent (1) for a 7-day extension of time, until June 23, 2011, to file their brief, and

(2) for a 7-day extension of time, until July 7, 2011, for the appellants to file their reply briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__JUN 2 3 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Paul H. Berghoff, Esq.
Andrew P. Zappia, Esq.
Martin B. Pavane, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 2 3 2011

JAN HORBALY
CLERK